UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brandon V. Lawhead,

      Plaintiff,

v.

The Village of Mapleview and Arnie Johnson, *individually*,

      Defendants.

Civil No. 24-3911 (DWF/SGE)

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation of Magistrate Judge Shannon G. Elkins. (Doc. No. 8.) No objections have been filed to the Report and Recommendation in the time period permitted. *See* Local Rule 72.2(b).

The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. The Magistrate Judge recommended that this matter be dismissed without prejudice based on Plaintiff's failure to prosecute.

Based on the Court's careful review of the Report and Recommendation and the record in this case, the Court now enters the following:

ORDER

1. Magistrate Judge Shannon G. Elkins's April 8, 2025 Report and Recommendation (Doc. No. [8]) is **ADOPTED**.

2. This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 23, 2025	s/Donovan W. Frank
	DONOVAN W. FRANK
	United States District Judge